994

No. 74–5836.  EHLY v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 74–5864.  RESNICK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 74–5874.  BRUCE v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 74–5941.  WOOD v. WILSON, WARDEN, ET AL. C. A. 10th Cir.  Certiorari denied.

No. 74–5952.  MOORE ET UX. v. CSAKAI ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 74–5953.  TIPLER v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5959.  HILL v. CALIFORNIA ADULT AUTHORITY PAROLE BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 74–5962.  WARD v. GRIGGS, INSTITUTION SUPER-INTENDENT.  Sup. Ct. Cal.  Certiorari denied.

No. 74–5963.  SMITH v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 74–5964.  OLENZ v. CLEARY ET AL.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 74–5972.  CHACON v. YOUNGER, ATTORNEY GEN-ERAL OF CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 74–5973.  JOHNSON v. VINCENT, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.